No. 459. H. ROUW COMPANY *v.* CRIVELLA. Submitted February 8, 1940. Decided May 27, 1940. *Per Curiam:* In the light of Public, No.

515, 76th Congress, Third Session, approved May 14, 1940, and, it appearing that it was the intention of the Congress to make that Act applicable to the present case, and to other cases similarly situated, the judgment of the Court of Appeals is reversed and the cause is remanded to the District Court with directions to hear the appeal from the award of the Secretary of Agriculture. *Messrs. William L. Curtis* and *D. H. Howell* submitted for petitioner. *Messrs. Harry P. Daily* and *John P. Wood* submitted for respondent. By leave of Court, *Solicitor General Biddle, Assistant Attorney General Arnold,* and *Messrs. Robert L. Stern, Robert K. McConnaughey, Mastin G. White,* and *Joseph O. Parker* filed a brief on behalf of the United States, as *amicus curiae,* urging reversal.